# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JACKSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OFFICER FOREMAN, #39338; OFFICER MAGANA, # 38753; CITY OF LOS ANGELES; and, DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. CV 19-2443-DMG (AGRx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS [102]** |

　　Based upon the Parties' Joint Stipulation of Dismissal, the above-captioned action is hereby **Dismissed with Prejudice**, as to **All Causes of Actions Against All Defendants**, pursuant to **Fed. R. Civ. P. 41(a)(1)**.

　　Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: May 19, 2022

　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE